

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-11-00153-CR

_____

AUGUSTINE BOYD, JR., Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 71st Judicial District Court
Harrison County, Texas
Trial Court No. 09-0326x

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Augustine Boyd, Jr., appellant, has filed with this Court a motion to dismiss his appeal. The motion is signed by Boyd and his counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2, we grant the motion. *See* TEX. R. APP. P. 42.2.

Accordingly, we dismiss the appeal.

Josh R. Morriss, III
Chief Justice

Date Submitted:     October 5, 2011
Date Decided:       October 6, 2011

Do Not Publish

2